UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES WHITE, ) <br> ) <br>        Plaintiff, ) <br>   vs. ) <br> ) <br> ALEXANDER WALZ, et al., ) <br> ) <br>        Defendants. ) <br> ) | Case No.: 2:12-cv-00197-GMN-NJK <br><br> **ORDER ACCEPTING REPORT & RECOMMENDATION OF MAGISTRATE JUDGE NANCY J. KOPPE** |

Pending before the Court is the Report and Recommendation (ECF No. 8) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered March 19, 2013. Pursuant to Local Rule IB 3-2(a), objections were due by April 5, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Koppe's Recommendation should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion/Application for Leave to Proceed *In Forma Pauperis* (ECF No. 1), is **DENIED** for the reasons set forth in the Report and Recommendation (ECF No. 8) of the Honorable Nancy J. Koppe, United States Magistrate Judge, entered March 19, 2013.

**IT IS FURTHER ORDERED** this action is **DISMISSED, without prejudice.**

**DATED** this 8th day of April, 2013.

_____
Gloria M. Navarro
United States District Judge